**FILED**

03/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0604

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0604

CITY OF GREAT FALLS,

    Plaintiff and Appellee,

v.

JASON BRYAN MARTIN,

    Defendant and Appellant.

**FILED**

MAR 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana



O R D E R

Upon consideration of Appellant's motion for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 26, 2020, within which to file Appellant's opening brief on appeal.

DATED this 23rd day of March, 2020.

For the Court,

By _____
               Chief Justice